Court Name: EASTERN DISTRICT OF VIRGINIA
Division: 1
Receipt Number: 100003345
Cashier ID: fcansler
Transaction Date: 08/31/2007
Payer Name: BUTLER WILLIAMS AND SKILLING
------------------------------------
CIVIL FILING FEE
 For: BUTLER WILLIAMS AND SKILLING
 Amount:        $350.00
------------------------------------
CHECK
 Check/Money Order Num: 12766
 Amt Tendered:   $350.00
------------------------------------
Total Due:       $350.00
Total Tendered: $350.00
Change Amt:      $0.00

NEW SUIT  07-CV-883