

**BUTLER WILLIAMS & SKILLING**

*A Professional Corporation · Attorneys at Law*

August 31, 2007



**BY HAND**

Fernando Galindo, Acting Clerk
U.S. District Court, Eastern District of Virginia
Alexandria Division
401 Courthouse Square
Alexandria, Virginia 22314

    Re:    IOTA XI Chapter of Sigma Chi Fraternity, et al. v.
              George Mason University, et al.

Dear Mr. Galindo,

    On behalf of the plaintiffs, IOTA XI Chapter of Sigma Chi Fraternity, Ryan Duckwitz, and Justin Pietro, I enclose their Complaint, Motion for Preliminary Injunction and Memorandum in Support of Preliminary Injunction for filing with your Court. I also enclose three summonses for each of the six service copies of the Complaint, along with a civil cover sheet and this firm's check in the amount of $350.00 for your filing fee.

    I have arranged for service on the defendants by private process service. Upon issuance of the summonses, please call my paralegal Leigh Redford at (804) 228-4790 and she will arrange for Miller Consulting Groups, Inc. to pick them up from the Court.

    Should you have any questions or require anything further, please do not hesitate to call me. Thank you for your assistance.

                                Sincerely,

                                William C. Tucker

WCT/lr
Enclosures
cc:    David Drummey, Esquire (by first class mail)
        Tamara L. Tucker Esquire (by first class mail)
        Mr. Ryan Duckwitz (by first class mail)
        Mr. Justin Pietro (by first class mail)
        Miller Consulting Group (by facsimile)