**VIRGINIA:**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| IOTA CHAPTER OF ) | |
| SIGMA CHI FRATERNITY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:07 cv 883 |
| ) | |
| GEORGE MASON UNIVERSITY, et al. ) | |
| ) | |
| Defendants. ) | |

**AMENDED NOTICE OF HEARING**

The Clerk will please re-schedule the previously scheduled October 19, 2007 hearing on Defendant's Motion to Dismiss to November 9, 2007, at 10:00 a.m., or as soon thereafter as counsel can be heard.

Respectfully submitted,

_____/s/_____
David Drummey, Asst. Attorney General
Virginia Bar Number 44838
Attorney for the Defendants
George Mason University
4400 University Drive, MS 2A3
Fairfax, VA 22030
Phone: (703) 993-2619
Fax: (703)993-2340
ddrummey@gmu.edu

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of October, 2007, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Tamara L. Tucker, Esquire
Nelson & Tucker, PLC
600 Peter Jefferson Parkway, Suite 100
Charlottesville, VA 22911
Email: tamara.tucker@nelsontucker.com

William Clark Tucker
Butler Williams & Skilling PC
100 Shockoe Slip
4th Floor
Richmond, VA 23219
(804) 648-4848
Email: wtucker@butlerwilliams.com

\_\_\_\_/s/_____
David Drummey, Asst. Attorney General
Virginia Bar Number 44838
Attorney for the Defendants
George Mason University
4400 University Drive, MS 2A3
Fairfax, VA 22030
Phone: (703) 993-2619
Fax: (703)993-2340
ddrummey@gmu.edu